UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmed Ali FARAH,<br>Petitioner,<br>v.<br>Jeremy CASEY, et al.,<br>Respondents. | Case No.: 25-cv-3858-AGS-VET<br>**ORDER GRANTING HABEAS PETITION (ECF 1)** |

For the reasons stated on the record at the January 30, 2026 hearing, petitioner Ahmed Ali Farah's petition for a writ of habeas corpus is **GRANTED**. Respondents must provide Farah with an individualized bond hearing by February 13, 2026.

Dated: January 30, 2026

Hon. Andrew G. Schopler
United States District Judge