

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmed Ali Farah | Civil Action No. <u>25-cv-03858-AGS-VET</u> |
| **Petitioner**<br>V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the January 30, 2026 hearing, petitioner Ahmed Ali Farah's petition for a writ of habeas corpus is GRANTED. The case is hereby closed.

Date: <u>    2/6/26    </u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  <u>M. Fujita</u>

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-03858-AGS-VET</u>

Respondents:

Jeremy Casey
Warden, Imperial Regional Adult Detention Facility, Calexico, California in his official capacity

Gregory J. Archambeault Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement, in his official capacity

U.S. Immigration and Customs Enforcement

Kristi NoemSecretary, U.S. Department of Homeland Security, in her official capacity

Todd M. Lyons
Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity

Pamela Bondi
U.S. Attorney General, in her official capacity